# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK
Mark O. Hatfield U.S. Courthouse

| | | |
|---|---|---|
| MELISSA AUBIN | 1000 S.W. Third Ave. | PAUL BRUCH |
| Clerk of Court | Portland, OR  97204 | Chief Deputy Clerk |

June 25, 2024

Multnomah County Courthouse
1200 SW First Ave.
Portland, OR 97204

> **Subject:** **Remand of Case:    Metro v. Exxon Mobil Corporation et al**
> **USDC Case No:    3:24–cv–00019–YY**
> **Multnomah County Case No:    23CV51762**

Dear Clerk:

Pursuant to the Order (certified copy attached) remanding the above–referenced case to your court, enclosed is a certified copy of the District Court's Docket Sheet.

Thank you for your cooperation.

**MELISSA AUBIN**
**Clerk of Court**

by:  /s/Sydney Behrends

Sydney Behrends, Deputy Clerk

Attachments:  Certified Copy of Order
Certified Copy of District Court's Docket Sheet

cc:  Counsel of Record
File